McGREGOR W. SCOTT
United States Attorney
MARK J. McKEON
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOSHUA E. SHOKRIAN,<br><br>       Defendant. | Case No. 1:08-mj-00032 DLB<br><br>STIPULATION TO CONTINUE DATE<br>FOR STATUS CONFERENCE; ORDER THEREON<br><br>DATE:   August 28, 2008<br>TIME:    10:00 a.m.<br>PLACE:  Hon. Sandra Snyder |

The parties, by and through their undersigned attorneys, hereby stipulate as follows:

1. The status conference presently scheduled for August 7, 2008, may be continued until August 28, 2008, at 10:00 a.m. The reason for this continuance is so that the parties can continue to engage in plea negotiations in an attempt to resolve the case.

Dated: August 4, 2008                    McGregor W. Scott
                                          United States Attorney

                                           /s/ Mark J. McKeon
                                  By:    MARK J. McKEON
                                          Assistant U.S. Attorney


Dated: August 4, 2008                     /s/ Michael Mitchell
                                          MICHAEL MITCHELL
                                          Attorney for Defendant
                                          JOSHUA E. SHOKRIAN


///

///

1

**ORDER**

IT IS SO ORDERED.

**Dated:   August 5, 2008**                    /s/ Sandra M. Snyder
                                               UNITED STATES MAGISTRATE JUDGE